[No. 9548–3–II.   Division Two.   September 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES LEGLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01165–3, Donald H. Thompson, J., entered January 9, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10451–2–II.   Division Two.   September 28, 1988.]

GERALD D. MAY, ET AL, *Respondents,* v. COMFORT & FLEMING INSURANCE BROKERS, INC., ET AL, *Appellants,* FARRON INSURANCE AGENCY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04961–5, Arthur W. Verharen, J., entered October 17, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 21527–2–I.   Division One.   September 29, 1988.]

MARY E. HAGGERTY, ET AL, *Appellants,* v. SEATTLE SCHOOL DISTRICT No. 1, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–10299–0, Peter K. Steere, J., entered December 7, 1987. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Grosse and Pekelis, JJ.